■ REYNOLD LEONE, Appellant, v LORI S. BECKERMAN, Respondent. [671 NYS2d 348] —In an action, *inter alia*, to recover damages for wrongful death, the plaintiff appeals from an order of the Supreme Court, Nassau County (DiNoto, J.), dated January 21, 1997, which denied his motion for summary judgment.

Ordered that the order is affirmed, with costs.

As we found in the companion case of *Costigan v Beckerman* (249 AD2d 502 [decided herewith]) triable issues of fact preclude an award of summary judgment. Bracken, J. P., Thompson, Pizzuto and Florio, JJ., concur.